**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL EDUARDO CASILLAS, | CASE NO. CV 19-6381-DMG(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL MCDOWELL, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 14, 2021__

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE